IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 10-718-01** |
| **CHRISTOPHER YOUNG** | : | |

**O R D E R**

AND NOW, this        day of                  , 2011, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that the Indictment in Criminal No. 10-718-01, is dismissed.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES, II
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-718-01 |
| CHRISTOPHER YOUNG | : | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

The United States of America, by and through Zane David Memeger, United States Attorney in and for the Eastern District of Pennsylvania, and Faithe Moore Taylor and Ashley K. Lunkenheimer, Assistant United States Attorneys for that district, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the indictment in the above-captioned matter, and, in support of its motion, states:

1. On November 3, 2010, a grand jury sitting in the Eastern District of Pennsylvania returned an indictment charging defendant Christopher Young with a single count of distribution of buprenorphine.

2. This indictment was unsealed on September 29, 2011.

3. The agents assigned to this investigation received information that Mr. Young was deceased.

4. A copy of Mr. Young's death certificate was obtained from the Delaware County's Medical Examiner's Office. According to that document, Mr. Young passed away on March 23, 2011 at Mercy Fitzgerald Hospital.

5. Given these unfortunate circumstances, the government believes, and therefore avers, it is in the interests of justice to dismiss the indictment.

   *WHEREFORE*, the government respectfully requests that this Court dismiss the indictment against the above-named defendant.

                      Respectfully submitted,

                        s/ Zane David Memeger
                        ZANE DAVID MEMEGER
                        *United States Attorney*

                        /s/Faithe Moore Taylor
                        FAITHE MOORE TAYLOR
                        Assistant United States Attorney

Date:  November 15, 2011